1  David C. Powell (SBN 129781)
   Email:   dpowell@reedsmith.com
2  Carolee A. Hoover (SBN 282018)
   Email:   choover@reedsmith.com
3  Tina Sundar (SBN 288022)
   Email:   tsundar@reedsmith.com
4  REED SMITH LLP
   101 Second Street
5  Suite 1800
   San Francisco, CA  94105-3659
6  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
7
   Attorneys for Defendant
8  Bank of America, N.A.

9
## UNITED STATES DISTRICT COURT
10
## CENTRAL DISTRICT OF CALIFORNIA
11

12  | | |
|---|---|
| CHRISTINE INMAN, an individual; and DAVID INMAN, an individual, | Case No. ED-CV-13-00751-PA-SPx |
| Plaintiffs, | **ORDER ENTERING PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT** |
| vs. | **[NOTE CHANGES MADE BY THE COURT]** |
| BANK OF AMERICA, N.A.; and DOES 1 through 100, Inclusive, | Place:           Courtroom 15 |
| Defendants. | Compl. Filed:   April 24, 2013<br>FAC Filed:       June 17, 2013<br>SAC Filed:       October 11, 2013 |
| | Magistrate Judge Sheri Pym |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –
ORDER ENTERING PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT

Based on the Stipulated Protective Order and Confidentiality Agreement filed by the parties on March 7, 2014, and for good cause shown, the Court hereby enters the Protective Order and Confidentiality Agreement, with the following changes:

1. In paragraph 5.2(b) on page 6, the words "or trial" are stricken from the end of line 23;
2. In paragraph 6.3 on page 9, the words "Civil Local Rule 7" are stricken from line 8 and replaced with "Civil Local Rule 37;" and
3. In paragraph 7.4 (c) on page 13, the words "Civil Local Rule 7" are stricken from line 16 and replaced with "Civil Local Rule 37."

**IT IS SO ORDERED.**

Date: March 10, 2014                   _____/s/_____
                                        Honorable Sheri Pym
                                        U.S. District Court Magistrate Judge
                                        Central District of California