Matthew D. Mellen (Bar No. 233350)
Sarah Adelaars (Bar No. 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:   (650) 638-0125

JS-6

Attorney for Plaintiffs,
CHRISTINE INMAN
DAVID INMAN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE INMAN an individual; and DAVID INMAN, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; and Does 1 through 100, inclusive,<br><br>    Defendants. | Case No.:  5:13-CV-00751-PA-SP<br><br>**ORDER ON JOINT STIPULATION REGARDING DIMISSAL WITHOUT PREJUDICE** |

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:

///

///

///

///

///

///

///

1

ORDER ON JOINT STIPULATION REGARDING DISMISSAL WITHOUT PREJUDICE

1. The above entitled action is dismissed without prejudice;
2. Each party shall bear their owns fees and costs; and
3. The Court shall close its file.

**IT IS SO ORDERED.**

DATED: June __18__, 2014

_____
Hon. Percy Anderson
United States District Court Judge